EDWIN PRATHER, SBN 190536
MAX MIZONO, SBN 286573
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: 415.881.7774
Email: edwin@pratherlawoffices.com
       max@pratherlawoffices.com

Attorneys for Defendant
RONALD BLAKE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD BLAKE,<br><br>　　　　Defendant. | Case No.: CR 15-252-JSW<br><br>**DEFENDANT RONALD BLAKE'S *EX PARTE APPLICATION* TO REQUEST TRAVEL FUNDS PURSUANT TO 18 U.S.C. § 4285; [~~PROPOSED~~] ORDER**  AS MODIFIED<br><br>Judge: Hon. Kandis A. Westmore |

　　Defendant Ronald Blake, through his attorneys, requests funds to permit him to travel from Dallas-Fort Worth, Texas, to Oakland, California, for his upcoming status conference in the Northern District of California before the Honorable Jeffrey S. White on February 23, 2016, at 1:00 p.m.

//

//

## BACKGROUND

Mr. Blake resides in the city of Dallas-Fort Worth which is in the Northern District of Texas. Mr. Blake has never travelled to the state of California prior to this case. On November 10, 2015, Mr. Blake was arrested and made his initial appearance before the Court in the Northern District of Texas in the above captioned case. The Northern District of Texas released Mr. Blake and ordered him to appear before the Northern District of California. On November 23, 2015, Mr. Blake travelled at his own expense to Oakland, California, for arraignment before the Northern District of California Court.

After reviewing his financial statement, the Court determined that Mr. Blake could not afford to hire his own an attorney and appointed Mr. Blake counsel. Indeed, Mr. Blake is employed in minimum-wage positions at Big Lots and Costco, retail stores in Texas. Due to his lack of assets and his low monthly income, Mr. Blake has extremely limited funds for travel and requires the assistance of the United States Marshals Service to appear at his upcoming court appearance on February 23, 2016, at 1:00 p.m.

Title 18, section 4285 provides in pertinent part:

> Any judge or magistrate of the United States, when ordering a person released under chapter 207 on a condition of his subsequent appearance before that court . . . in which criminal proceedings are pending, may, when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States Marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required…

18 U.S.C. § 4285.

## REQUEST

Mr. Blake respectfully requests that the United States Marshals Service provide him with roundtrip, non-custodial airfare transportation from Dallas-Fort Worth, Texas to Oakland,

California, returning to Dallas-Fort Worth, Texas, so that he may attend his required court appearance before the United States District Court for the Northern District of California for a status conference on Tuesday, February 23, 2016, at 1:00 p.m., in the above captioned case. Based on Mr. Blake's full time work schedule, roundtrip transportation departing Dallas-Fort Worth to Oakland, California on the morning of February 23, 2016, with return transportation from Oakland, California to Dallas-Fort Worth on the evening of February 23, 2016, is appropriate to afford Mr. Blake sufficient time to personally attend the status conference.

Dated: February 5, 2016                                         Respectfully submitted,

_____
EDWIN PRATHER
MAX MIZONO
PRATHER LAW OFFICES
Attorneys for Defendant
RONALD BLAKE

**[~~PROPOSED~~] ORDER**

**GOOD CAUSE APPEARING**, and pursuant to 18 U.S.C. § 4285, the Court finds that Mr. Blake is financially unable to provide the necessary transportation to appear on his own in Court before the Honorable Jeffrey S. White in the United States District Court for the Northern District of California on or before February 23, 2016, at 1:00 p.m.

For this reason, **IT IS HEREBY ORDERED** that the United States Marshals Service provide Mr. Blake with ~~roundtrip~~ one-way, non-custodial airfare transportation from Dallas-Fort Worth, Texas to Oakland, California, ~~returning to Dallas-Fort Worth, Texas~~. ~~Roundtrip~~ One-way transportation departing Dallas-Fort Worth to Oakland, California on the morning of February 23, 2016, ~~with return transportation from Oakland, California to Dallas-Fort Worth on the evening of February 23, 2016,~~ shall be scheduled to afford Mr. Blake sufficient time to personally attend the status conference on February 23, 2016 at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: 2/8/16

_Kandis Westmore_
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE